FILED BY [signature]

99 APR -1 PM 3:04

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ANDREW KAPLAN, on behalf of himself and other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Assetcare, Inc. a Georgia corporation and Columbia/HCA Healthcare Corporation, a Tennessee corporation d/b/a Columbia Aventura Hospital & Medical Center,<br><br>Defendants. | CASE NO. 99-412-CIV-~~DAVIS~~ GOLD<br>MAGISTRATE JUDGE JOHNSON<br><br>**DEFENDANT COLUMBIA/HCA HEALTHCARE CORPORATION'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1.A., defendant, Columbia/HCA Healthcare Corporation, ("Columbia/HCA") moves for an enlargement of time within which to serve its response to plaintiff's complaint. The grounds for this motion are set forth below.

1. Columbia/HCA's response to plaintiff's complaint is presently due to be served on or before April 5, 1999.



10

2. The requested extension of time to respond is necessary for Columbia/HCA to adequately address the allegations in this class action complaint.

3. Undersigned counsel contacted counsel for plaintiff, Carol McLean, and is authorized to represent that the plaintiff does not object to the requested enlargement of time.

4. This request for extension of time is made in the interest of justice, and is not made for the purposes of delay. The granting of this extension will not prejudice any parties.

WHEREFORE, Columbia/HCA Healthcare Corporation requests that the Court grant an enlargement of time, through and including April 9, 1999 within which to serve its response to the complaint.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Columbia/HCA Healthcare Corporation
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131
Telephone: (305) 577-2823
Telefax: (305) 577-7001

By:____________________
William K. Hill, P.A.
Florida Bar No. 747180

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 1st day of April, 1999 upon:

Gerald F. Richman, Esq.
Carol McLean, Esq.
Richman Greer Weil Brumbaugh Mirabito
& Christensen, P.A.
Phillips Point - East Tower
777 South Flagler Drive
Suite 1100
West Palm Beach, Florida 33401

By: ______________________
William K. Hill, P.A.